UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Red Eagle Law, L.C., et al.    ,

Plaintiff(s),

v.

Joseph B. Edlow, et al.    ,

Defendant(s).

Case No. 3:26-cv-04850-~~TSH~~ CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Nicholas Pierce___, an active member in good standing of the bar of Colorado_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Red Eagle Law, L.C., et al.___ in the above-entitled action. My local co-counsel in this case is Curtis Morrison_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CSBN 321106___.

| | |
|---|---|
| 6795 E. Tennessee Ave., Suite 310, Denver, CO 80224 | 5256 S Mission Rd Ste 135, Bonsall, CA 92003 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 720-772-9670 | 714-661-3446 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| nick@lawamistad.com | curtis@redeaglelaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: CO 80224___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0___ times in the 12 months preceding this application.

<div style="writing-mode: vertical-rl">United States District Court Northern District of California</div>

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2026

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Nicholas Pierce_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____June 9, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO,** ss:

I, **Marizela Cano**, *Clerk of the Supreme Court of t h e   S t a t e o f  Colorado, do hereby certify that*

**Nicholas Chase Pierce**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* **12**[th]

*day of* **December** *A.D.* **2019** *and that at the date hereof the said* **Nicholas Chase Pierce** *is in good standing at this Bar.*

**IN WITNESS WHEREOF,** *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* **27**[th] *day of* **May** *A.D.* **2026**



**Marizela Cano**

Clerk

By _____

Deputy Clerk