CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7478
  FAX: (415) 436-7234
  Jeremy.Chu@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RED EAGLE LAW, L.C. *et al.*, | CASE NO. 3:26-cv-04850-CRB |
| Plaintiffs, | **STIPULATION TO BRIEFING SCHEDULE REGARDING PLAINTIFFS' *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY** |
| v. | ORDER |
| JOSEPH B. EDLOW, *in his official capacity as the Director of U.S. Citizenship and Immigration Services*, | Hon. Charles R. Breyer |
| Defendant. | |

Plaintiffs and Defendant (collectively the "Parties") hereby stipulate as follows:

WHEREAS, on May 25, 2026, Plaintiffs filed an *ex parte* application for expedited discovery, seeking documents and materials related to the two U.S. Citizenship and Immigration Services ("USCIS") policies, known as PM-602-0192 and PM-602-0194,  ECF No. 7;

WHEREAS, on July 24, 2026, the Court is scheduled to hear Plaintiffs' motion for preliminary injunction and motion for class certification; and

WHEREAS, the Parties have agreed that Defendant's response to Plaintiffs' *ex parte* application would be due on July 8, 2026, and Plaintiffs' reply would be due on July 15, 2026.

NOW THEREFORE, the parties hereby STIPULATE, subject to the Court's approval, that the time within which Defendant must respond to Plaintiffs' *ex parte* application for expedited discovery is July 8, 2026, and the time within which Plaintiffs must reply to Defendant's response is July 15, 2026.

Date: July 2, 2026                                      Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

By:      /s/ Nag Young Chu
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendant*


   /s/ Curtis Lee Morrison
CURTIS LEE MORRISON
HAMDY MAHER MASRI
ZHAO GUO
CAROLINA SOLANO
GARRETT CARTER MAY
Red Eagle Law


   /s/ Jessica T. Arena
JESSICA T. ARENA
Law Office of Jessica T. Arena


   /s/ John Ting
JOHN TING
GreenCardGuys Law Group PC

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION RE BRIEFING SCHEDULE RE PLAINTIFFS' EX PARTE APPLICATION

*/s/ Nicholas Pierce*
NICHOLAS PIERCE
Amistad Law

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Defendant shall file his response to Plaintiff's *ex parte* application for expedited discovery by July 8, 2026, and Plaintiffs shall file any reply to Defendant's response by July 15, 2026.

Date:  July 2, 2026

_____
HONORABLE CHARLES R. BREYER
United States District Judge

STIPULATION RE BRIEFING SCHEDULE RE PLAINTIFFS' EX PARTE APPLICATION
3:26-CV-04850-CRB                                    4