CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RED EAGLE LAW, L.C. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, *in his official capacity as the Director of U.S. Citizenship and Immigration Services*,<br><br>Defendant. | CASE NO. 3:26-cv-04850-CRB<br><br>**DEFENDANT'S *EX PARTE* APPLICATION FOR CONTINUANCE OF JULY 24, 2026 HEARING; ~~[PROPOSED]~~ ORDER**<br><br>Hon. Charles R. Breyer |

## EX PARTE APPLICATION

Pursuant to the Court's General Standing Order I.B.7 and Civil Local Rule 7-10, Defendant Joseph B. Edlow hereby applies *ex parte* for a three-week continuance of the currently scheduled July 24, 2026 hearing for the Court in relation to Plaintiffs' Motion for Class Certification (ECF No. 19) and Motion for Preliminary Injunction (ECF No. 20). Good cause supports this request, because counsel on record for Defendant is expecting the birth of his first child on July 23, 2026, and will need to attend to the health of his spouse and child. Defendant respectfully requests that the Court continue the hearing to August 14, 2026, or as soon thereafter as the matter may be heard by the Court.[1]

### I. Factual Background of This Case

This case concerns 391 Plaintiffs who filed a Petition for Writ of Mandamus and Complaint for Declaratory and Injunctive Relief on May 21, 2026 (served on June 1, 2026), challenging two nationwide policies that were issued by U.S. Citizenship and Immigration Services ("USCIS") concerning an adjudicative hold on applications for immigration benefits submitted by individuals from countries that had been identified as "high risk" by the United States, referred to as PM-602-0192 and PM-602-0194 (the "Policy Memoranda"). *See* ECF No. 1 (the "Complaint"); *see also* ECF No. 31.

Plaintiffs subsequently filed three motions. On the same day they filed their Complaint, Plaintiffs submitted an *ex parte* application for expedited discovery of administrative records involving the "Policy Memoranda and other guidance related to immigration screening by the agency. ECF No. 7. On May 31, 2026, Plaintiffs filed a motion to certify a class of individuals whose benefits applications were not adjudicated because of these two policies. ECF No. 19 at 9. And on June 1, 2026 Plaintiffs filed a motion for preliminary injunction requesting that the Court enjoin USCIS from implementing the Policy Memoranda on Plaintiffs' applications for immigration benefits and order the agency to adjudicate (1) Plaintiffs' Form I-765, Application for Work Authorization within ten days and (2) "all other immigration benefit applications" within sixty days. ECF No. 20 at 32.

Defendant filed an opposition to the motion for class certification on June 26, 2026 (ECF No. 33); an opposition to the motion for preliminary injunction on June 29, 2026 (ECF No. 34); and an opposition

[1] Per the Court's Scheduling Notes, the Court is expected to be unavailable to hold a hearing from July 31, 2026 through August 12, 2026.

to the *ex parte* application for expedited discovery on July 8, 2026 (ECF No. 42). Plaintiffs subsequently filed their reply in support of the motion for class certification and their reply in support of the motion for preliminary injunction. ECF No. 38; ECF No. 39. The Court is currently scheduled to hear the two motions on July 24, 2026 at 10:00 a.m. ECF No. 21.

On July 6, 2026, Nag Young Chu, counsel for Defendant, emailed Plaintiffs' counsel to ask to continue the currently scheduled hearing to July 31, 2026, because he is expected to welcome his first child at an unexpectedly earlier date and intends to take a brief leave of absence beginning on July 23, 2026. ECF No. 43-1, Nag Young Chu Declaration ¶ 3. Plaintiffs' counsel initially asked if another Assistant U.S. Attorney ("AUSA") would be able to substitute for Defendant's counsel at the hearing, and Defendant's counsel replied that there were no other AUSAs able to appear at the hearing on behalf of Defendant. *Id.* ¶¶ 4-5. In response, Plaintiffs' counsel stated that they oppose the requested continuance. *Id.* ¶ 6. Defendant's counsel sent an email to Plaintiffs' counsel on July 13 and July 14, 2026, asking if Plaintiffs would be willing to agree to change the hearing date to August 14, 2026, in light of the Court's availability. *Id.* ¶ 7. Plaintiffs' counsel have not responded to the follow-up request at the time of the filing of this *ex parte* application. *Id.* ¶ 8.

## II. The Requested Continuance is Reasonable and Does Not Pose a Significant Risk of Prejudice to Plaintiffs

Defendant respectfully requests for a one-week continuance of the hearing for Defendant's counsel to attend to the medical needs of his spouse and baby. He is currently the only counsel for Defendant on record, and Defendant would not be properly represented at the hearing in his absence. Family obligations, particularly the birth of a child, provide a basis for a reasonable change of time. Further, the fact that USCIS is currently processing all immigration benefit applications without the adjudicative hold at issue in this case indicates that any prejudice to Plaintiffs would be far from severe. *See Ghassemibouyagchi, v. Edlow*, No. 26-CV-04933-AGT, 2026 WL 1959121 (N.D. Cal. July 6, 2026) (denying the plaintiffs' motion for preliminary injunction because the hold is not in effect). The requested change of time is moderate—three weeks of additional time—to accommodate Defendant's counsel's family obligations.

For the foregoing reasons, Defendant respectfully requests that the Court grant this *ex parte* application and continue the hearing from July 24, 2026 to August 14, 2026.

Date: July 14, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for the Defendant

**~~[PROPOSED]~~ ORDER**

IT IS SO ORDERED: Good cause appearing therefor, the Court grants Defendant's *ex parte* application for a continuance of the July 24, 2026 hearing. The Court will hear Plaintiffs' motion for class certification and motion for preliminary injunction on August 14, 2026 at 10:00 a.m.

Date: July 16, 2026

HONORABLE CHARLES R. BREYER
United States District Judge