IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RED EAGLE LAW, L.C., et al.,
Plaintiffs,

v.

JOSEPH B. EDLOW,
Defendant.

Case No. 26-cv-04850-CRB

**ORDER GRANTING STAY**

The Court previously granted Plaintiffs' motions for class certification and for a preliminary injunction. Order (dkt. 57). Edlow now moves to dismiss or stay, in the alternative. Mot. (dkt. 47). Plaintiffs' oppose the motion in its entirety. Opp'n (dkt. 49). Having considered the briefing, the Court **GRANTS** Edlow's motion to stay and **DEFERS** ruling on Edlow's motion to dismiss.

A stay would preserve the resources of the Court and the parties. Campanelli v. ImageFIRST Healthcare Laundry Specialists, Inc., No. 15-CV-04456-PJH, 2017 WL 2929450, at *4 (N.D. Cal. July 10, 2017) ("Conservation of judicial resources supports the court's decision" for a stay). As Edlow notes, the appellate outcome of the Dorcas case may have a considerable impact on the disposition of the instant case. Mot. at 14. For now, it is prudent to defer delving further into the merits. Plaintiffs object to a stay because they contend that the adjudicative holds pursuant to the policy memoranda are still in effect. Opp'n at 14. But the Court's grant of a preliminary injunction requires USCIS to adjudicate the class's applications in the normal course, so any impact is ameliorated.

Consistent with the Court's practice in Sadhigi v. Edlow, No. 26-cv-02494-CRB, the Court will require periodic status updates on the class's pending applications.

United States District Court
Northern District of California

Accordingly, the Court hereby sets a status conference via Zoom on September 25, 2026 at 10 A.M.

**IT IS SO ORDERED.**

Dated: August 28, 2026

CHARLES R. BREYER
United States District Judge